UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AVA GORDON,

Plaintiff,

v.

DEPARTMENT OF DEFENSE, et al.,

Defendants.
______________________________/

Case No. 1:26-cv-1919

Hon. Hala Y. Jarbou

# ORDER

On July 8, 2026, Magistrate Judge Sally J. Berens issued a report and recommendation (R&R) that Plaintiff's complaint be dismissed for lack of subject matter jurisdiction and failure to state a claim. (R&R, ECF No. 9.) Plaintiff has filed an objection to the R&R. (Obj., ECF No. 10.) Under the Federal Rules of Civil Procedure, "the district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3). In her objection, Plaintiff does not challenge the R&R's conclusion that her complaint fails to plausibly allege a violation of law. She does object to the R&R's finding that Defendants have sovereign immunity, but her only contention is that they do not "deserve" such immunity (Obj., PageID.28), which is not a cognizable legal argument. Upon review, the Court finds that the R&R makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 9) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Court certifies that an appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this Order.

Dated: August 26, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE